# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.

Fowzi Abdinasir Elmi,

    Defendant.

**AMENDED COURT MINUTES - CRIMINAL**
BEFORE: KATHERINE M. MENENDEZ
U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Case No: | 20-cr-262 ADM/ECW |
| Date: | December 18, 2020 |
| | Video Conference |
| Court Reporter: | Erin Drost |
| Time Commenced: | 11:29 a.m. |
| Time Concluded: | 11:37 a.m. |
| Time in Court: | 8 minutes |

X **BOND REVOCATION HRG**     X **DETENTION HRG**
Time in Court Bond Rev/Det: 2 minutes / 6 minutes

APPEARANCES:
    Plaintiff: Justin Wesley, Assistant U.S. Attorney
    Defendant: Jordan Kushner,
        X CJA

On Violation of X **Pre-trial Release**

X Deft released on previous conditions. Order forthcoming. To be held in custody until bed space becomes available.

X Deft waives the bond revocation hearing.
X Probable cause found. Deft bound over to District Court of Minnesota.

Additional Information:
X Defendant consents to this hearing via video conference.

                                                            s/ ACH
                                                    Signature of Courtroom Deputy