UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>FOWZI ABDINASIR ELMI,<br><br>　　　　　　　Defendant. | Case No. 20-cr-262 (ADM/ECW)<br><br>**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |

The United States Attorney's Office for the District of Minnesota, by and through Erica H. MacDonald, United States Attorney, and Craig R. Baune, Assistant United States Attorney, files the following Bill of Particulars.

Upon conviction of Count 1 or 2 of the Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violation, and any property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of said violation, including $3,409.00 in United States Currency, $479.00 in United States Currency, and a Glock handgun, 9mm pistol, Model 19, bearing serial number BBLH418.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in 21 U.S.C. § 853(p).

Dated: 1-27-2021

ERICA H. MacDONALD
United States Attorney

*s/Craig Baune*

BY: CRAIG R. BAUNE
Assistant United States Attorney
Attorney No. 331727
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600
Craig.Baune@usdoj.gov