UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-262 (ADM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FOWZI ABDINASIR ELMI, )<br>)<br>Defendant. ) | **MOTION FOR DISCOVERY OF EXPERT UNDER RULE 16(a)(1)(E)** |

Fowzi Abdinasir Elmi, through undersigned counsel, hereby moves the Court for an Order compelling the government provide a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefor, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(E).

This motion is made pursuant to Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, and is based upon all files, records, and arguments of counsel.

Dated: January 24, 2021         LAW OFFICE OF JORDAN S. KUSHNER

                                By s/Jordan S. Kushner
                                   Jordan S. Kushner, ID 219307
                                   Attorney for Defendant
                                   431 South 7th Street, Suite 2446
                                   Minneapolis, Minnesota 55415
                                   (612) 288-0545