UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-262 (ADM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION FOR DISCLOSURE OF** |
| ) | **GRAND JURY TRANSCRIPTS** |
| FOWZI ABDINASIR ELMI, ) | |
| ) | |
| Defendant. ) | |

Fowzi Abdinasir Elmi, through undersigned counsel, hereby moves the Court for an Order pursuant to Rules 12(i) and 26.2 of the Federal Rules of Criminal Procedure for production of Grand Jury Transcripts for all witnesses whom the government intends to call to testify at the motion hearing and/or trial in this case. In order to save the Court time, Defendant requests the transcripts in advance of the hearing.

Dated: January 24, 2021  　　　　　　　　LAW OFFICE OF JORDAN S. KUSHNER

　　　　　　　　　　　　　　　　　　　　　By s/Jordan S. Kushner
　　　　　　　　　　　　　　　　　　　　　　Jordan S. Kushner, ID 219307
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　431 South 7th Street, Suite 2446
　　　　　　　　　　　　　　　　　　　　　　Minneapolis, Minnesota 55415
　　　　　　　　　　　　　　　　　　　　　　(612) 288-0545