UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-262 (ADM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO COMPEL** |
| ) | **DISCLOSURE OF INFORMANT** |
| FOWZI ABDINASIR ELMI, ) | |
| ) | |
| Defendant. ) | |

Fowzi Abdinasir Elmi, through undersigned counsel, hereby moves the Court for an Order requiring the government to disclose the identity of any informant or informants utilized by the Government in the investigation of the above-entitled matter, including the informants referenced in the police and other investigation reports, co-defendants and alleged accomplices, and all other informants, to provide copies of reports and detailed summaries of all information provided by said informant(s) to agents involved in this case, and to disclose addresses and phone numbers for such informant(s) or make such informant(s) available for interview by Defendant's attorney, in connection with defendant's pretrial motions and preparation for trial, and to disclose the prior criminal convictions of such informants(s).

This motion is based upon the Indictment, the records and files in the above-entitled action, and any and all other matters which may be presented prior to or at

the time of hearing of said motion.

Dated:  January 24, 2021                                  LAW OFFICE OF JORDAN S. KUSHNER

                                                                                         By  s/Jordan S. Kushner
                                                                                            Jordan S. Kushner, ID 219307
                                                                                            Attorney for Defendant
                                                                                            431 South 7th Street, Suite 2446
                                                                                            Minneapolis, Minnesota  55415
                                                                                            (612) 288-0545