UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal Case No. CR 20-262 (ADM/ECW)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO SUPPRESS EVIDENCE** |
| vs. | ) | **FROM SEARCH AND SEIZURE** |
| | ) | **OF DEFENDANT AND VEHICLE** |
| FOWZI ABDINASIR ELMI, | ) | **ON JUNE 1, 2019** |
| | ) | |
| Defendant. | ) | |

Fowzi Abdinasir Elmi, through undersigned counsel, respectfully moves the Court pursuant to Rule 12, Federal Rules of Criminal Procedure, for an Order to suppress any evidence obtained as a result of the search and seizure of Mr. Elmi and the vehicle that he occupied in Minneapolis on or about June 1, 2019 on the grounds that law enforcement officers stopped, detained, searched and arrested him without the requisite cause to believe he had committed a crime or that the vehicle contained evidence of a crime.

This motion is based on all files, records, proceedings, and evidence to be taken at the hearing on this motion.

Dated:  January 29, 2021                         LAW OFFICE OF JORDAN S. KUSHNER


By  s/Jordan S. Kushner
Jordan S. Kushner, ID 219307
Attorney for Defendant
431 South 7th Street, Suite 2446
Minneapolis, Minnesota  55415
(612) 288-0545