UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-262 (ADM/ECW)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) **INFORMATION** |
| Plaintiff, | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) 21 U.S.C. § 841(b)(1)(B) |
| v. | ) 21 U.S.C. § 846 |
| | ) 21 U.S.C. § 853 |
| FOWZI ABDINASIR ELMI, | ) 28 U.S.C. § 2461(c) |
| | ) |
| Defendant. | ) |
| | ) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1
**(Conspiracy to Distribute and Possess With Intent to Distribute Fentanyl)**

From at least June 1, 2019 and continuing through at least September 15, 2020, in the State and District of Minnesota, and elsewhere, the defendant,

**FOWZI ABDINASIR ELMI,**

did unlawfully, knowingly and intentionally conspire with others known and unknown to the grand jury to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846.

### FORFEITURE ALLEGATION

If convicted of Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or



SCANNED
AUG 27 2021
U.S. DISTRICT COURT MPLS

United States v. Fowzi Abdinasir Elmi

derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including but not limited to $1,562 in U.S. currency seized on June 1, 2019 and $479 in U.S. currency seized on September 15, 2020.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

Date: August 27, 2021

W. ANDERS FOLK
Acting United States Attorney

/s *Justin A. Wesley*

BY:   JUSTIN A. WESLEY
Assistant U.S. Attorney
Attorney ID No. 0389189